| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Stahl, Norman H. | 2. Court or Organization US Court of Appeals - 1st Circuit | 3. Date of Report 05/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address US Court of Appeals 1 Courthouse Way, Suite 8730 Boston, Massachusetts 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2009 MAY 11 A 11: 48 RECEIVED

Stahl_Norman_H

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ashland House Associates | E | Distribution | M | W | | | | | |
| 2. Indian Trail Groves | A | Distribution | J | W | | | | | |
| 3. Cmn Stk, Exxon Mobil | A | Dividend | K | T | | | | | |
| 4. Cmn Stk, Johnson & Johnson | B | Dividend | L | T | | | | | |
| 5. Cmn Stk, Pepsico | B | Dividend | K | T | Sold (part) | 9/2 | J | B | |
| 6. | | | | | Buy (add'l) | 10/13 | J | | |
| 7. | | | | | Buy (add'l) | 10/23 | J | | |
| 8. | | | | | Sold (part) | 11/12 | J | A | |
| 9. Cmn Stk, Exxon Mobil | C | Dividend | M | T | | | | | |
| 10. Shrs, Europacific Growth Fund - IRA | C | Dividend | K | T | | | | | |
| 11. Shrs, Washington Mutual Investors Fund - IRA | C | Dividend | L | T | | | | | |
| 12. Shrs, Europacific Growth Fund - IRA | B | Dividend | K | T | | | | | |
| 13. Shrs, Washington Mutual Investors Fund - IRA | B | Dividend | K | T | | | | | |
| 14. Cmn Stk, Stryker Corp | A | Dividend | L | T | Sold (part) | 3/10 | K | A | |
| 15. | | | | | Buy (add'l) | 5/7 | J | | |
| 16. | | | | | Buy (add'l) | 9/25 | J | | |
| 17. | | | | | Sold (part) | 11/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Svgs Acct, Martha's Vineyard Cooperative Bank | A | Interest | J | T | | | | | |
| 19. Cmn Stk, General Electric Co | D | Dividend | L | T | Sold (part) | 3/10 | J | D | |
| 20. | | | | | Sold (part) | 9/16 | J | A | |
| 21. Massachusetts St Bond 6%, 11/1/10 | B | Interest | K | T | | | | | |
| 22. Massachusetts Bay Trans Auth Bond 5.5%, 3/11/11 | B | Interest | K | T | | | | | |
| 23. Dighton & Rehoboth MA Bond 4.75%, 5/1/13 | B | Interest | K | T | | | | | |
| 24. Wenham MA Bond 4.9%, 6/1/17 | B | Interest | K | T | | | | | |
| 25. Cmn Stk, Kellogg Co | A | Dividend | K | T | | | | | |
| 26. Cmn Stk, Target Corp | A | Dividend | K | T | | | | | |
| 27. Cmn Stk, Kellogg Co | A | Dividend | K | T | | | | | |
| 28. MM Acct, Citizens Bank | A | Interest | K | T | | | | | |
| 29. Cmn Stk, Target | A | Dividend | K | T | | | | | |
| 30. Cmn Stk, Proctor & Gamble | B | Dividend | K | T | | | | | |
| 31. Cmn Stk, American Express Co | A | Dividend | | | Sold | 3/10 | K | A | |
| 32. Cmn Stk, Charles Schwab Corp | A | Dividend | K | T | Buy (add'l) | 10/13 | J | | |
| 33. | | | | | Buy (add'l) | 10/14 | J | | |
| 34. | | | | | Buy (add'l) | 11/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/12 | J | A | |
| 36. Waterford WI 5% 4/1/13 Bond | B | Interest | K | T | | | | | |
| 37. Cmn Stk, Charles Schwab Corp | A | Dividend | K | T | Buy (add'l) | 10/13 | J | | |
| 38. | | | | | Buy (add'l) | 10/14 | J | | |
| 39. | | | | | Buy (add'l) | 11/4 | J | | |
| 40. | | | | | Sold (part) | 11/12 | J | A | |
| 41. Cmn Stk, Proctor & Gamble | A | Dividend | K | T | | | | | |
| 42. Cmn Stk, Walt Disney Co | A | Dividend | K | T | | | | | |
| 43. Cmn Stk, Pepsico | B | Dividend | L | T | | | | | |
| 44. Massachusetts St Wtr 5.5% 8/1/09 Bond | B | Interest | K | T | | | | | |
| 45. Springfield MA GO 5% 8/1/10 Bond | | None | | | Sold | 4/23 | K | B | |
| 46. Northwest Allen Ind Sch 5% 7/15/13 Bond | A | Interest | K | T | | | | | |
| 47. Cmn Stk, Walt Disney Co | A | Dividend | K | T | | | | | |
| 48. Cmn Stk, EBAY Inc. | | None | | | Sold | 3/10 | K | A | |
| 49. Cmn Stk, WM Wrigley Jr Co | A | Dividend | | | Sold | 3/10 | K | C | |
| 50. Las Vegas NV GO 5% 4/1/15 Bond | A | Interest | K | T | | | | | |
| 51. Lowell MA GO 5% 12/15/15 Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Methuen MA GO 5% 10/15/14 Bond | B | Interest | K | T | | | | | |
| 53. Cmn Stk, WM Wrigley Jr Co | A | Dividend | | | Sold | 3/10 | K | C | |
| 54. Restricted Cash Acct, DSM Capital Partners LLC | | None | | | Closed | 12/19 | N | A | |
| 55. Cmn Stk, Adobe Systems | | None | | | Sold (part) | 3/10 | J | A | |
| 56. | | | | | Buy (add'l) | 5/6 | J | | |
| 57. | | | | | Buy (add'l) | 5/8 | J | | |
| 58. | | | | | Sold (part) | 10/8 | J | A | |
| 59. | | | | | Sold | 11/12 | J | A | |
| 60. Cmn Stk, Allergan | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 61. | | | | | Buy (add'l) | 10/3 | J | | |
| 62. | | | | | Sold | 11/12 | J | A | |
| 63. Cmn Stk, Apple Computer | | None | | | Sold (part) | 2/1 | J | A | |
| 64. | | | | | Sold (part) | 3/10 | J | A | |
| 65. | | | | | Buy (add'l) | 5/6 | J | | |
| 66. | | | | | Sold (part) | 5/14 | J | A | |
| 67. | | | | | Buy (add'l) | 9/19 | J | | |
| 68. | | | | | Sold (part) | 10/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/21 | J | A | |
| 70. Cmn Stk, Autodesk | | None | | | Sold (part) | 3/10 | J | A | |
| 71. | | | | | Buy (add'l) | 5/6 | J | | |
| 72. | | | | | Buy (add'l) | 5/16 | J | | |
| 73. | | | | | Sold | 9/18 | J | A | |
| 74. Cmn Stk, Automatic Data Proceessing | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 75. | | | | | Buy (add'l) | 5/6 | J | | |
| 76. | | | | | Sold | 11/12 | J | A | |
| 77. Cmn Stk, Boeing | | None | | | Sold | 1/15 | J | A | |
| 78. Cmn Stk, CH Robinson Worldwide | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 79. | | | | | Buy (add'l) | 5/6 | J | | |
| 80. | | | | | Sold (part) | 9/5 | J | A | |
| 81. | | | | | Sold | 9/15 | J | A | |
| 82. Cmn Stk, Celgene | | None | | | Sold (part) | 3/10 | K | A | |
| 83. | | | | | Buy (add'l) | 5/6 | J | | |
| 84. | | | | | Buy (add'l) | 5/27 | J | | |
| 85. | | | | | Sold (part) | 8/1 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 9/5 | J | A | |
| 87. | | | | | Buy (add'l) | 9/8 | J | | |
| 88. | | | | | Sold | 11/12 | K | A | |
| 89. Cmn Stk, Cisco Systems | | None | | | Sold (part) | 3/10 | J | A | |
| 90. | | | | | Buy (add'l) | 5/6 | J | | |
| 91. | | | | | Sold (part) | 10/8 | J | A | |
| 92. | | | | | Sold | 11/12 | J | A | |
| 93. Cmn Stk, Cognizant Technology Solutions | | None | | | Buy (add'l) | 2/1 | J | | |
| 94. | | | | | Sold (part) | 3/10 | J | A | |
| 95. | | | | | Buy (add'l) | 5/6 | J | | |
| 96. | | | | | Sold | 7/18 | J | A | |
| 97. Cmn Stk, Corning | A | Dividend | | | Buy (add'l) | 1/17 | J | | |
| 98. | | | | | Sold (part) | 3/10 | J | A | |
| 99. | | | | | Buy (add'l) | 5/6 | J | | |
| 100. | | | | | Sold (part) | 6/4 | J | A | |
| 101. | | | | | Sold | 6/10 | J | A | |
| 102. Cmn Stk, CVS Caremark | A | Dividend | | | Sold (part) | 3/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 5/6 | J | | |
| 104. | | | | | Buy (add'l) | 5/14 | J | | |
| 105. | | | | | Sold | 11/12 | J | A | |
| 106.  Cmn Stk, CR Bard | A | Dividend | | | Sold (part) | 2/6 | K | B | |
| 107. | | | | | Buy (add'l) | 8/1 | J | | |
| 108. | | | | | Buy (add'l) | 8/21 | J | | |
| 109. | | | | | Buy (add'l) | 10/21 | J | | |
| 110. | | | | | Sold | 11/12 | J | A | |
| 111.  Cmn Stk, Expeditors International | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 112. | | | | | Buy (add'l) | 2/12 | J | | |
| 113. | | | | | Buy (add'l) | 5/6 | J | | |
| 114. | | | | | Sold | 7/24 | J | A | |
| 115.  Cmn Stk, Franklin Resources | A | Dividend | | | Sold | 3/10 | J | A | |
| 116.  Cmn Stk, Genzyme | | None | | | Sold (part) | 3/10 | J | A | |
| 117. | | | | | Buy (add'l) | 5/6 | J | | |
| 118. | | | | | Sold | 11/12 | K | B | |
| 119.  Cmn Stk, Gen Probe | | None | | | Buy (add'l) | 2/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns BI and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 3/10 | J | A | |
| 121. | | | | | Buy (add'l) | 5/6 | J | | |
| 122. | | | | | Sold | 11/12 | J | A | |
| 123. Cmn Stk, Google | | None | | | Sold (part) | 1/3 | J | A | |
| 124. | | | | | Sold (part) | 3/10 | J | A | |
| 125. | | | | | Buy (add'l) | 5/6 | J | | |
| 126. | | | | | Sold (part) | 10/8 | J | A | |
| 127. | | | | | Sold | 11/12 | J | A | |
| 128. Cmn Stk, Halliburton | A | Dividend | | | Sold (part) | 1/22 | J | A | |
| 129. | | | | | Buy (add'l) | 8/18 | J | | |
| 130. | | | | | Sold | 9/29 | J | A | |
| 131. Cmn Stk, Invesco | | None | | | Buy (add'l) | 2/1 | J | | |
| 132. | | | | | Sold (part) | 3/10 | J | A | |
| 133. | | | | | Buy (add'l) | 5/6 | J | | |
| 134. | | | | | Buy (add'l) | 5/14 | J | | |
| 135. | | | | | Buy (add'l) | 10/14 | J | | |
| 136. | | | | | Sold | 11/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Com Stk, Monsanto | A | Dividend | | | Sold (part) | 3/10 | J | C | |
| 138. | | | | | Buy (add'l) | 5/6 | J | | |
| 139. | | | | | Buy (add'l) | 7/8 | J | | |
| 140. | | | | | Buy (add'l) | 9/8 | J | | |
| 141. | | | | | Buy (add'l) | 10/3 | J | | |
| 142. | | | | | Sold | 11/12 | K | A | |
| 143. Cmn Stk, News Corp | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 144. | | | | | Buy (add'l) | 5/6 | J | | |
| 145. | | | | | Sold | 7/11 | J | A | |
| 146. Cmn Stk, Schlumberger | A | Dividend | | | Sold (part) | 3/10 | K | A | |
| 147. | | | | | Buy (add'l) | 5/6 | J | | |
| 148. | | | | | Sold (part) | 10/6 | J | A | |
| 149. | | | | | Sold | 10/10 | J | A | |
| 150. Cmn Stk, SEI Investments | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 151. | | | | | Buy (add'l) | 5/6 | J | | |
| 152. | | | | | Buy (add'l) | 5/14 | J | | |
| 153. | | | | | Sold | 11/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cmn Stk, State Street | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 155. | | | | | Sold (part) | 5/14 | J | B | |
| 156. | | | | | Buy (add'l) | 10/13 | J | | |
| 157. | | | | | Buy (add'l) | 10/14 | J | | |
| 158. | | | | | Buy (add'l) | 11/4 | J | | |
| 159. | | | | | Sold | 11/12 | J | A | |
| 160. Cmn Stk, Stryker | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 161. | | | | | Buy (add'l) | 5/6 | J | | |
| 162. | | | | | Sold | 11/12 | J | A | |
| 163. Cmn Stk, T. Rowe Price Group | A | Dividend | | | Sold | 2/1 | J | A | |
| 164. Cmn Stk, Varian Medical Systems | | None | | | Sold (part) | 1/31 | J | A | |
| 165. | | | | | Sold (part) | 3/10 | J | A | |
| 166. | | | | | Buy (add'l) | 5/6 | J | | |
| 167. | | | | | Sold (part) | 7/24 | J | B | |
| 168. | | | | | Sold (part) | 8/18 | J | B | |
| 169. | | | | | Sold (part) | 8/20 | J | B | |
| 170. | | | | | Buy (add'l) | 9/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 10/14 | J | | |
| 172. | | | | | Buy (add'l) | 10/24 | J | | |
| 173. | | | | | Sold | 11/12 | J | A | |
| 174. Cmn Stk, Weatherford International | | None | | | Sold (part) | 3/10 | J | A | |
| 175. | | | | | Buy (add'l) | 5/6 | J | | |
| 176. | | | | | Sold (part) | 6/19 | J | B | |
| 177. | | | | | Sold | 8/18 | J | C | |
| 178. Restricted Cash Acct, DSM Capital Partners LLC - IRA | B | Interest | L | T | | | | | |
| 179. Cmn Stk, Adobe Systems - IRA | | None | K | T | Buy (add'l) | 5/15 | K | | |
| 180. | | | | | Buy (add'l) | 5/20 | K | | |
| 181. | | | | | Sold (part) | 7/15 | K | A | |
| 182. | | | | | Sold (part) | 9/17 | J | A | |
| 183. | | | | | Sold (part) | 11/14 | J | A | |
| 184. | | | | | Sold (part) | 11/18 | J | A | |
| 185. | | | | | Sold (part) | 11/19 | J | A | |
| 186. | | | | | Sold (part) | 12/17 | J | A | |
| 187. Cmn Stk, Allergan - IRA | A | Dividend | | | Sold | 5/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Cmn Stk, Apple Computer - IRA | | None | | | Sold | 5/13 | K | A | |
| 189. Cmn Stk, Autodesk - IRA | | None | | | Sold | 5/13 | K | A | |
| 190. Cmn Stk, Automatic Data Processing - IRA | A | Dividend | | | Sold | 5/13 | K | A | |
| 191. Cmn Stk, Boeing - IRA | | None | | | Sold | 5/13 | L | A | |
| 192. Cmn Stk, CH Robinson Worldwide - IRA | A | Dividend | | | Sold | 5/13 | K | A | |
| 193. Cmn Stk, Celgene - IRA | | None | | | Sold | 5/13 | M | A | |
| 194. Cmn Stk, Cisco Systems - IRA | | None | | | Sold | 5/13 | K | A | |
| 195. Cmn Stk, Cognizant Technology Solutions - IRA | | None | | | Sold | 5/13 | K | A | |
| 196. Cmn Stk, Corning - IRA | A | Dividend | | | Sold | 5/13 | K | A | |
| 197. Cmn Stk, CVS Caremark - IRA | A | Dividend | | | Sold | 5/21 | K | A | |
| 198. Cmn Stk, CR Bard - IRA | A | Dividend | | | Sold | 5/13 | K | A | |
| 199. Cmn Stk, Franklin Resources - IRA | A | Dividend | | | Sold | 5/13 | L | A | |
| 200. Cmn Stk, Genzyme - IRA | | None | | | Sold | 5/13 | L | A | |
| 201. Cmn Stk, Gen Probe - IRA | | None | | | Sold | 5/13 | K | A | |
| 202. Cmn Stk, Google - IRA | | None | L | T | Buy (add'l) | 5/16 | K | | |
| 203. | | | | | Buy (add'l) | 8/13 | J | | |
| 204. | | | | | Buy (add'l) | 9/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 11/21 | J | | |
| 206. | | | | | Buy (add'l) | 11/24 | J | | |
| 207. Cmn Stk, Halliburton - IRA | A | Dividend | | | Sold | 5/13 | L | A | |
| 208. Cmn Stk, Invesco - IRA | | None | | | Sold | 5/13 | K | A | |
| 209. Cmn Stk, Monsanto - IRA | A | Dividend | | | Sold | 5/13 | K | A | |
| 210. Cmn Stk, News Corp - IRA | A | Dividend | | | Sold | 5/13 | K | A | |
| 211. Cmn Stk, Schlumberger - IRA | A | Dividend | | | Sold | 5/13 | M | A | |
| 212. Cmn Stk, SEI Investments - IRA | A | Dividend | | | Sold | 5/13 | K | A | |
| 213. Cmn Stk, State Street - IRA | A | Dividend | | | Sold | 5/13 | K | A | |
| 214. Cmn Stk, Stryker - IRA | A | Dividend | | | Sold | 5/13 | L | A | |
| 215. Cmn Stk, Varian Medical Systems - IRA | | None | | | Sold | 5/13 | K | A | |
| 216. Cmn Stk, Weatherford International - IRA | | None | | | Sold | 5/13 | L | A | |
| 217. Restricted Cash Acct, DSM Capital Partners LLC | D | Dividend | N | T | | | | | |
| 218. Cmn Stk, Adobe Systems | | None | | | Sold (part) | 3/10 | J | A | |
| 219. | | | | | Buy (add'l) | 5/7 | J | | |
| 220. | | | | | Sold (part) | 10/8 | J | A | |
| 221. | | | | | Sold | 11/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Cmn Stk, Allergan | A | Dividend | | | Sold (part) | 3/10 | K | A | |
| 223. | | | | | Buy (add'l) | 5/7 | J | | |
| 224. | | | | | Buy (add'l) | 10/3 | J | | |
| 225. | | | | | Sold | 11/12 | J | A | |
| 226. Cmn Stk, Apple Computer | | None | | | Sold (part) | 2/1 | J | A | |
| 227. | | | | | Sold (part) | 3/10 | J | A | |
| 228. | | | | | Buy (add'l) | 5/7 | J | | |
| 229. | | | | | Buy (add'l) | 8/28 | J | | |
| 230. | | | | | Buy (add'l) | 9/19 | J | | |
| 231. | | | | | Sold (part) | 10/10 | J | A | |
| 232. | | | | | Sold | 10/21 | J | A | |
| 233. Cmn Stk, Autodesk | | None | | | Sold (part) | 3/10 | J | A | |
| 234. | | | | | Buy (add'l) | 5/7 | J | | |
| 235. | | | | | Buy (add'l) | 5/16 | J | | |
| 236. | | | | | Sold | 9/18 | J | A | |
| 237. Cmn Stk, Automatic Data Processing | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 238. | | | | | Buy (add'l) | 5/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 9/25 | J | | |
| 240. | | | | | Sold | 11/12 | J | A | |
| 241. Cmn Stk, Boeing | | None | | | Sold | 1/15 | J | A | |
| 242. Cmn Stk, CH Robinson Worldwide | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 243. | | | | | Buy (add'l) | 5/7 | J | | |
| 244. | | | | | Sold (part) | 9/5 | J | A | |
| 245. | | | | | Sold | 9/15 | J | A | |
| 246. Cmn Stk, Celgene | | None | | | Sold (part) | 3/10 | K | A | |
| 247. | | | | | Buy (add'l) | 5/7 | J | | |
| 248. | | | | | Buy (add'l) | 5/27 | J | | |
| 249. | | | | | Sold (part) | 8/1 | J | A | |
| 250. | | | | | Sold (part) | 9/5 | J | A | |
| 251. | | | | | Buy (add'l) | 9/8 | J | | |
| 252. | | | | | Sold | 11/12 | J | A | |
| 253. Cmn Stk, Cisco Systems | | None | | | Sold (part) | 3/10 | J | A | |
| 254. | | | | | Buy (add'l) | 5/7 | J | | |
| 255. | | | | | Sold (part) | 10/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 11/12 | J | A | |
| 257. Cmn Stk, Cognizant Technology Solutions | | None | | | Buy (add'l) | 2/1 | J | | |
| 258. | | | | | Sold (part) | 3/10 | J | A | |
| 259. | | | | | Buy (add'l) | 5/7 | J | | |
| 260. | | | | | Sold | 7/18 | J | A | |
| 261. Cmn Stk, Corning | A | Dividend | | | Buy (add'l) | 1/17 | J | | |
| 262. | | | | | Sold (part) | 3/10 | J | A | |
| 263. | | | | | Buy (add'l) | 5/7 | J | | |
| 264. | | | | | Sold (part) | 6/4 | J | A | |
| 265. | | | | | Sold | 6/10 | J | A | |
| 266. Cmn Stk, CVS Caremark | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 267. | | | | | Buy (add'l) | 5/7 | J | | |
| 268. | | | | | Buy (add'l) | 5/14 | J | | |
| 269. | | | | | Sold | 11/12 | J | A | |
| 270. Cmn Stk, CR Bard | A | Dividend | | | Sold (part) | 2/6 | J | B | |
| 271. | | | | | Buy (add'l) | 8/1 | J | | |
| 272. | | | | | Buy (add'l) | 8/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/21 | J | | |
| 274. | | | | | Sold | 11/12 | J | A | |
| 275. Cmn Stk, Expeditors International | A | Dividend | | | Buy (add'l) | 2/12 | J | | |
| 276. | | | | | Sold (part) | 3/10 | J | A | |
| 277. | | | | | Buy (add'l) | 5/19 | J | | |
| 278. | | | | | Sold | 7/23 | J | A | |
| 279. Cmn Stk, Franklin Resources | A | Dividend | | | Sold | 3/10 | J | A | |
| 280. Cmn Stk, Genzyme | | None | | | Sold (part) | 3/10 | K | B | |
| 281. | | | | | Buy (add'l) | 5/7 | J | | |
| 282. | | | | | Sold | 11/12 | J | A | |
| 283. Cmn Stk, Gen Probe | | None | | | Buy (add'l) | 2/13 | J | | |
| 284. | | | | | Sold (part) | 3/10 | J | A | |
| 285. | | | | | Buy (add'l) | 5/7 | J | | |
| 286. | | | | | Sold | 11/12 | J | A | |
| 287. Cmn Stk, Google | | None | | | Sold (part) | 1/3 | J | A | |
| 288. | | | | | Sold (part) | 3/10 | J | A | |
| 289. | | | | | Buy (add'l) | 5/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 10/8 | J | A | |
| 291. | | | | | Sold | 11/12 | J | A | |
| 292. Cmn Stk, Halliburton | A | Dividend | | | Sold (part) | 1/22 | J | A | |
| 293. | | | | | Buy (add'l) | 7/16 | J | | |
| 294. | | | | | Sold | 9/29 | J | A | |
| 295. Cmn Stk, Invesco | | None | | | Buy (add'l) | 2/1 | J | | |
| 296. | | | | | Sold (part) | 3/10 | J | A | |
| 297. | | | | | Buy (add'l) | 5/7 | J | | |
| 298. | | | | | Buy (add'l) | 5/14 | J | | |
| 299. | | | | | Buy (add'l) | 10/14 | J | | |
| 300. | | | | | Sold | 11/12 | J | A | |
| 301. Cmn Stk, Monsanto | A | Dividend | | | Sold (part) | 3/10 | J | D | |
| 302. | | | | | Buy (add'l) | 5/7 | J | | |
| 303. | | | | | Buy (add'l) | 7/8 | J | | |
| 304. | | | | | Buy (add'l) | 9/8 | J | | |
| 305. | | | | | Buy (add'l) | 10/3 | J | | |
| 306. | | | | | Sold | 11/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Cmn Stk, News Corp | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 308. | | | | | Buy (add'l) | 5/7 | J | | |
| 309. | | | | | Sold | 7/11 | J | A | |
| 310.  Cmn Stk, Schlumberger | A | Dividend | | | Sold (part) | 3/10 | K | A | |
| 311. | | | | | Buy (add'l) | 5/7 | J | | |
| 312. | | | | | Buy (add'l) | 9/22 | J | | |
| 313. | | | | | Sold (part) | 10/6 | J | A | |
| 314. | | | | | Sold (part) | 10/10 | J | A | |
| 315. | | | | | Sold | 10/15 | J | A | |
| 316.  Cmn Stk, SEI Investments | A | Dividend | | | Sold (part) | 3/10 | J | A | |
| 317. | | | | | Buy (add'l) | 5/7 | J | | |
| 318. | | | | | Buy (add'l) | 5/14 | J | | |
| 319. | | | | | Sold | 11/12 | J | A | |
| 320.  Cmn Stk, State Street | A | Dividend | | | Sold (part) | 3/10 | K | B | |
| 321. | | | | | Buy (add'l) | 5/7 | J | | |
| 322. | | | | | Sold (part) | 5/14 | J | A | |
| 323. | | | | | Buy (add'l) | 10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 10/14 | J | | |
| 325. | | | | | Buy (add'l) | 11/4 | J | | |
| 326. | | | | | Sold | 11/12 | J | A | |
| 327. Cmn Stk, T. Rowe Price Group | A | Dividend | | | Sold | 2/1 | J | A | |
| 328. Cmn Stk, Varian Medical Systems | | None | | | Sold (part) | 1/31 | J | A | |
| 329. | | | | | Sold (part) | 3/10 | J | A | |
| 330. | | | | | Buy (add'l) | 5/7 | J | | |
| 331. | | | | | Sold (part) | 7/24 | J | A | |
| 332. | | | | | Sold (part) | 8/08 | J | A | |
| 333. | | | | | Sold (part) | 8/20 | J | A | |
| 334. | | | | | Buy (add'l) | 9/30 | J | | |
| 335. | | | | | Buy (add'l) | 10/14 | J | | |
| 336. | | | | | Buy (add'l) | 10/24 | J | | |
| 337. | | | | | Sold | 11/12 | J | A | |
| 338. Cmn Stk, Weatherford International | | None | | | Sold (part) | 3/10 | K | B | |
| 339. | | | | | Buy (add'l) | 5/7 | J | | |
| 340. | | | | | Sold (part) | 6/19 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 7/16 | J | A | |
| 342. Massachusetts St Sch Bldg Auth Bond, 5%, 10/15/14 | B | Interest | K | T | | | | | |
| 343. Jefferson Cnty Al Ltd Oblig Bond, 5.25%, 1/1/16 | A | Interest | J | T | | | | | |
| 344. Schwab Cash Reserve | | None | N | T | Open | 12/22 | N | | |
| 345. US Treasury Bill, 3/19/09 | | None | N | T | Buy | 9/16 | N | | |
| 346. Cmn Stk, Amazon.com - IRA | | None | K | T | Buy | 5/15 | K | | |
| 347. | | | | | Buy (add'l) | 5/16 | K | | |
| 348. Cmn Stk, Abbot Labs - IRA | A | Dividend | K | T | Buy | 10/14 | K | | |
| 349. | | | | | Buy (add'l) | 11/21 | J | | |
| 350. Cmn Stk, Campbell Soup Co - IRA | B | Dividend | L | T | Buy | 10/16 | J | | |
| 351. | | | | | Buy (add'l) | 10/20 | J | | |
| 352. | | | | | Buy (add'l) | 11/11 | J | | |
| 353. | | | | | Buy (add'l) | 11/13 | J | | |
| 354. | | | | | Buy (add'l) | 11/14 | J | | |
| 355. | | | | | Buy (add'l) | 11/21 | J | | |
| 356. | | | | | Buy (add'l) | 11/24 | J | | |
| 357. | | | | | Buy (add'l) | 12/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 12/10 | J | | |
| 359. Cmn Stk, Coca-Cola Co - IRA | C | Dividend | L | T | Buy | 5/13 | L | | |
| 360. | | | | | Buy (add'l) | 5/14 | K | | |
| 361. | | | | | Sold (part) | 12/1 | J | A | |
| 362. Cmn Stk, Diageo PLC - IRA | C | Dividend | L | T | Buy | 5/13 | L | | |
| 363. | | | | | Buy (add'l) | 5/14 | K | | |
| 364. | | | | | Buy (add'l) | 8/12 | J | | |
| 365. | | | | | Buy (add'l) | 8/14 | J | | |
| 366. | | | | | Buy (add'l) | 8/20 | J | | |
| 367. Cmn Stk, Walt Disney Co - IRA | A | Dividend | L | T | Buy | 5/13 | L | | |
| 368. | | | | | Buy (add'l) | 5/15 | K | | |
| 369. | | | | | Buy (add'l) | 5/16 | K | | |
| 370. | | | | | Buy (add'l) | 7/8 | J | | |
| 371. | | | | | Sold (part) | 9/8 | K | A | |
| 372. | | | | | Buy (add'l) | 10/22 | J | | |
| 373. | | | | | Sold (part) | 12/10 | K | A | |
| 374. | | | | | Sold (part) | 12/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. Cmn Stk, Ecolab - IRA | A | Dividend | K | T | Buy | 8/8 | J | | |
| 376. | | | | | Buy (add'l) | 8/11 | K | | |
| 377. | | | | | Buy (add'l) | 8/27 | J | | |
| 378. | | | | | Sold (part) | 10/1 | J | A | |
| 379. Cmn Stk, Kellogg Co - IRA | B | Dividend | L | T | Buy | 5/13 | L | | |
| 380. | | | | | Buy (add'l) | 5/14 | K | | |
| 381. | | | | | Buy (add'l) | 5/19 | J | | |
| 382. | | | | | Sold (part) | 7/15 | K | A | |
| 383. | | | | | Sold (part) | 10/6 | J | A | |
| 384. | | | | | Sold (part) | 10/7 | J | A | |
| 385. | | | | | Buy (add'l) | 11/20 | J | | |
| 386. Cmn Stk, Marvel Entertainment - IRA | | None | L | T | Buy | 5/15 | K | | |
| 387. | | | | | Buy (add'l) | 516 | K | | |
| 388. | | | | | Buy (add'l) | 5/19 | K | | |
| 389. | | | | | Sold (part) | 8/1 | J | A | |
| 390. | | | | | Buy (add'l) | 11/4 | J | | |
| 391. | | | | | Sold (part) | 12/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 12/23 | J | A | |
| 393. Cmn Stk, McDonalds - IRA | B | Dividend | L | T | Buy | 5/14 | L | | |
| 394. | | | | | Buy (add'l) | 5/15 | K | | |
| 395. | | | | | Buy (add'l) | 5/21 | J | | |
| 396. | | | | | Sold (part) | 7/17 | J | A | |
| 397. | | | | | Sold (part) | 7/22 | J | A | |
| 398. | | | | | Sold (part) | 12/22 | J | A | |
| 399. Cmn Stk, Netflix.com - IRA | | None | J | T | Buy | 12/22 | J | | |
| 400. | | | | | Buy (add'l) | 12/23 | J | | |
| 401. Cmn Stk, Nestle SA - IRA | B | Dividend | L | T | Buy | 5/13 | K | | |
| 402. | | | | | Buy (add'l) | 5/14 | K | | |
| 403. | | | | | Buy (add'l) | 6/18 | J | | |
| 404. | | | | | Buy (add'l) | 6/25 | J | | |
| 405. | | | | | Buy (add'l) | 7/2 | J | | |
| 406. | | | | | Buy (add'l) | 7/15 | J | | |
| 407. | | | | | Buy (add'l) | 9/17 | J | | |
| 408. | | | | | Buy (add'l) | 9/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  Cmn Stk, Nokia - IRA | B | Dividend | K | T | Buy | 5/21 | K | | |
| 410. | | | | | Buy (add'l) | 5/22 | J | | |
| 411. | | | | | Buy (add'l) | 5/27 | J | | |
| 412. | | | | | Buy (add'l) | 5/28 | K | | |
| 413. | | | | | Buy (add'l) | 5/29 | J | | |
| 414. | | | | | Buy (add'l) | 6/2 | J | | |
| 415. | | | | | Buy (add'l) | 6/4 | J | | |
| 416. | | | | | Buy (add'l) | 6/5 | J | | |
| 417. | | | | | Buy (add'l) | 6/10 | J | | |
| 418. | | | | | Buy (add'l) | 7/22 | J | | |
| 419. | | | | | Buy (add'l) | 8/13 | J | | |
| 420. | | | | | Sold (part) | 10/3 | J | A | |
| 421.  Cmn Stk, Scripps Networks Interactive - IRA | A | Dividend | L | T | Buy | 7/1 | L | | |
| 422. | | | | | Buy (add'l) | 9/18 | J | | |
| 423. | | | | | Buy (add'l) | 10/22 | J | | |
| 424. | | | | | Buy (add'l) | 10/23 | J | | |
| 425. | | | | | Buy (add'l) | 11/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 11/6 | J | | |
| 427. | | | | | Buy (add'l) | 12/3 | J | | |
| 428. | | | | | Buy (add'l) | 12/8 | J | | |
| 429. Cmn Stk, Charles Schwab Corp - IRA | A | Dividend | J | T | Buy | 12/19 | J | | |
| 430. | | | | | Buy (add'l) | 12/29 | J | | |
| 431. Cmn Stk, Starbucks - IRA | | None | L | T | Buy | 5/13 | K | | |
| 432. | | | | | Buy (add'l) | 7/3 | J | | |
| 433. | | | | | Buy (add'l) | 7/15 | J | | |
| 434. | | | | | Buy (add'l) | 10/6 | J | | |
| 435. | | | | | Buy (add'l) | 10/9 | J | | |
| 436. | | | | | Buy (add'l) | 10/17 | J | | |
| 437. | | | | | Buy (add'l) | 11/11 | J | | |
| 438. | | | | | Buy (add'l) | 11/12 | J | | |
| 439. | | | | | Buy (add'l) | 11/13 | J | | |
| 440. | | | | | Buy (add'l) | 11/20 | J | | |
| 441. | | | | | Sold (part) | 12/24 | J | A | |
| 442. Cmn Stk, Time Warner - IRA | A | Dividend | K | T | Buy | 12/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 12/8 | J | | |
| 444. | | | | | Buy (add'l) | 12/15 | J | | |
| 445. | | | | | Buy (add'l) | 12/23 | J | | |
| 446. Cmn Stk, Visa - IRA | A | Dividend | K | T | Buy | 8/27 | K | | |
| 447. | | | | | Buy (add'l) | 9/8 | J | | |
| 448. | | | | | Buy (add'l) | 9/9 | J | | |
| 449. | | | | | Buy (add'l) | 9/18 | J | | |
| 450. | | | | | Sold (part) | 11/13 | J | A | |
| 451. Cmn Stk, Western Union - IRA | A | Dividend | L | T | Buy | 9/5 | J | | |
| 452. | | | | | Buy (add'l) | 9/9 | K | | |
| 453. | | | | | Buy (add'l) | 9/10 | J | | |
| 454. | | | | | Buy (add'l) | 9/11 | J | | |
| 455. | | | | | Buy (add'l) | 9/12 | J | | |
| 456. | | | | | Buy (add'l) | 9/17 | J | | |
| 457. | | | | | Buy (add'l) | 10/1 | K | | |
| 458. | | | | | Buy (add'l) | 10/3 | J | | |
| 459. | | | | | Buy (add'l) | 11/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 11/4 | J | | |
| 461. Cmn Stk, Wal-Mart Stores - IRA | B | Dividend | L | T | Buy | 6/10 | L | | |
| 462. | | | | | Buy (add'l) | 7/9 | J | | |
| 463. | | | | | Buy (add'l) | 7/16 | J | | |
| 464. | | | | | Buy (add'l) | 8/7 | K | | |
| 465. | | | | | Buy (add'l) | 8/13 | J | | |
| 466. US Treasury Bill, 3/12/09 - IRA | | None | N | T | Buy | 12/11 | N | | |
| 467. US Treasury Bill, 6/4/09 - IRA | | None | N | T | Buy | 12/4 | N | | |
| 468. Massachusetts St Dev Fin Bond, 5%, 9/1/19 | B | Interest | K | T | Buy | 4/23 | K | | |
| 469. US Treasury Bill, 3/19/09 | | None | M | T | Buy | 9/16 | M | | |
| 470. Cmn Stk, Abbot Labs | | None | | | Buy | 1/3 | J | | |
| 471. | | | | | Sold (part) | 3/10 | J | A | |
| 472. | | | | | Buy (add'l) | 5/6 | J | | |
| 473. | | | | | Buy (add'l) | 7/11 | J | | |
| 474. | | | | | Sold (part) | 9/30 | J | A | |
| 475. | | | | | Sold | 10/10 | J | A | |
| 476. Cmn Stk, FMC Technologies | | None | | | Buy | 1/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 3/10 | J | A | |
| 478. | | | | | Buy (add'l) | 5/6 | J | | |
| 479. | | | | | Sold (part) | 5/9 | J | A | |
| 480. | | | | | Buy (add'l) | 9/19 | J | | |
| 481. | | | | | Sold (part) | 10/6 | J | A | |
| 482. | | | | | Sold | 10/8 | J | A | |
| 483. Cmn Stk, Hologic | | None | | | Buy | 1/31 | J | | |
| 484. | | | | | Buy (add'l) | 2/1 | J | | |
| 485. | | | | | Sold (part) | 3/10 | J | A | |
| 486. | | | | | Buy (add'l) | 5/6 | J | | |
| 487. | | | | | Sold (part) | 8/5 | J | A | |
| 488. | | | | | Sold | 11/12 | J | A | |
| 489. Cmn Stk, Microsoft | | None | | | Buy | 2/8 | J | | |
| 490. | | | | | Sold (part) | 3/10 | J | A | |
| 491. | | | | | Buy (add'l) | 5/6 | J | | |
| 492. | | | | | Sold | 9/18 | J | A | |
| 493. Cmn Stk, Cameron International | | None | | | Buy | 5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 6/19 | J | | |
| 495. | | | | | Sold | 9/18 | J | A | |
| 496. Cmn Stk, Mastercard | | None | | | Buy | 8/5 | J | | |
| 497. | | | | | Buy (add'l) | 9/18 | J | | |
| 498. | | | | | Buy (add'l) | 9/19 | J | | |
| 499. | | | | | Sold (part) | 9/29 | J | A | |
| 500. | | | | | Buy (add'l) | 10/30 | J | | |
| 501. | | | | | Sold | 11/12 | J | A | |
| 502. Cmn Stk, Schering Plough | | None | | | Buy | 5/6 | J | | |
| 503. | | | | | Buy (add'l) | 5/14 | J | | |
| 504. | | | | | Buy (add'l) | 7/21 | J | | |
| 505. | | | | | Sold (part) | 10/3 | J | A | |
| 506. | | | | | Sold | 10/15 | J | A | |
| 507. Cmn Stk, Amazon.com | | None | | | Buy | 9/18 | J | | |
| 508. | | | | | Buy (add'l) | 9/19 | J | | |
| 509. | | | | | Buy (add'l) | 10/14 | J | | |
| 510. | | | | | Sold | 11/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000.000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Cmn Stk, Covance | | None | | | Buy | 6/5 | J | | |
| 512. | | | | | Buy (add'l) | 6/13 | J | | |
| 513. | | | | | Sold | 11/12 | J | A | |
| 514. Cmn Stk, Intuitive Surgical | | None | | | Buy | 9/30 | J | | |
| 515. | | | | | Buy (add'l) | 10/14 | J | | |
| 516. | | | | | Buy (add'l) | 10/21 | J | | |
| 517. | | | | | Buy (add'l) | 10/29 | J | | |
| 518. | | | | | Sold | 11/12 | J | A | |
| 519. Cmn Stk, Nestle SA | | None | | | Buy | 8/8 | J | | |
| 520. | | | | | Buy (add'l) | 8/18 | J | | |
| 521. | | | | | Buy (add'l) | 8/22 | J | | |
| 522. | | | | | Buy (add'l) | 10/14 | J | | |
| 523. | | | | | Sold | 11/12 | J | A | |
| 524. Cmn Stk, Northern Trust | | None | | | Buy | 10/13 | J | | |
| 525. | | | | | Buy (add'l) | 10/14 | J | | |
| 526. | | | | | Sold | 11/12 | J | A | |
| 527. Cmn Stk, Novo-Nordisk AS | | None | | | Buy | 9/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100.000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day. | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 10/14 | J | | |
| 529. | | | | | Sold | 11/12 | J | A | |
| 530. Cmn Stk, Qualcomm | | None | | | Buy | 7/24 | J | | |
| 531. | | | | | Buy (add'l) | 7/30 | J | | |
| 532. | | | | | Buy (add'l) | 10/14 | J | | |
| 533. | | | | | Sold | 11/12 | J | A | |
| 534. Cmn Stk, Research In Motion | | None | | | Buy | 9/18 | J | | |
| 535. | | | | | Buy (add'l) | 9/19 | J | | |
| 536. | | | | | Buy (add'l) | 10/14 | J | | |
| 537. | | | | | Sold | 11/12 | J | A | |
| 538. Cmn Stk, Visa Inc Com | | None | | | Buy | 10/13 | J | | |
| 539. | | | | | Buy (add'l) | 10/14 | J | | |
| 540. | | | | | Sold | 11/12 | J | A | |
| 541. Cmn Stk, Western Union | | None | | | Buy | 7/11 | J | | |
| 542. | | | | | Buy (add'l) | 7/18 | J | | |
| 543. | | | | | Buy (add'l) | 10/14 | J | | |
| 544. | | | | | Sold | 11/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Cmn Stk, Dental Supply Intl - IRA | | None | | | Buy | 5/13 | K | | |
| 546. | | | | | Buy (add'l) | 5/15 | K | | |
| 547. | | | | | Sold | 6/10 | K | A | |
| 548. Cmn Stk, Electronic Arts - IRA | | None | | | Buy | 5/14 | L | | |
| 549. | | | | | Buy (add'l) | 5/15 | K | | |
| 550. | | | | | Buy (add'l) | 5/16 | J | | |
| 551. | | | | | Sold (part) | 7/21 | K | A | |
| 552. | | | | | Buy (add'l) | 10/3 | J | | |
| 553. | | | | | Sold (part) | 11/21 | J | A | |
| 554. | | | | | Sold | 11/24 | J | A | |
| 555. Cmn Stk, Dolby Laboratories - IRA | | None | | | Buy | 5/14 | K | | |
| 556. | | | | | Buy (add'l) | 5/15 | J | | |
| 557. | | | | | Buy (add'l) | 5/21 | J | | |
| 558. | | | | | Sold | 7/2 | K | A | |
| 559. Cmn Stk, JD Crew Group - IRA | | None | | | Buy | 5/16 | K | | |
| 560. | | | | | Buy (add'l) | 6/3 | J | | |
| 561. | | | | | Buy (add'l) | 7/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 8/6 | J | A | |
| 563. | | | | | Sold (part) | 8/26 | J | A | |
| 564. | | | | | Sold | 9/12 | K | A | |
| 565. Cmn Stk, Nike - IRA | | None | | | Buy | 5/13 | L | | |
| 566. | | | | | Buy (add'l) | 5/16 | K | | |
| 567. | | | | | Buy (add'l) | 5/21 | J | | |
| 568. | | | | | Sold (part) | 6/18 | K | A | |
| 569. | | | | | Sold (part) | 9/10 | J | A | |
| 570. | | | | | Sold (part) | 9/12 | J | A | |
| 571. | | | | | Sold (part) | 9/16 | J | A | |
| 572. | | | | | Sold | 10/16 | K | A | |
| 573. Cmn Stk, Pepsico - IRA | | None | | | Buy | 5/13 | L | | |
| 574. | | | | | Buy (add'l) | 5/14 | J | | |
| 575. | | | | | Sold | 5/28 | L | A | |
| 576. Cmn Stk, Proctor & Gamble - IRA | | None | | | Buy | 5/13 | L | | |
| 577. | | | | | Buy (add'l) | 5/14 | K | | |
| 578. | | | | | Sold (part) | 6/25 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Sold (part) | 7/10 | J | A | |
| 580. | | | | | Sold (part) | 7/14 | J | A | |
| 581. | | | | | Sold (part) | 9/11 | J | A | |
| 582. | | | | | Sold (part) | 10/1 | J | A | |
| 583. | | | | | Sold (part) | 10/29 | J | A | |
| 584. | | | | | Sold (part) | 10/30 | J | A | |
| 585. | | | | | Sold | 11/4 | J | A | |
| 586. Cmn Stk, Research In Mortion - IRA | | None | | | Buy | 5/15 | K | | |
| 587. | | | | | Buy (add'l) | 7/16 | K | | |
| 588. | | | | | Sold | 10/13 | K | A | |
| 589. Cmn Stk, Sony - IRA | | None | | | Buy | 5/16 | K | | |
| 590. | | | | | Buy (add'l) | 5/20 | J | | |
| 591. | | | | | Buy (add'l) | 5/21 | J | | |
| 592. | | | | | Buy (add'l) | 5/28 | K | | |
| 593. | | | | | Sold | 8/8 | L | A | |
| 594. Cmn Stk, Whole Food Mkt - IRA | | None | | | Buy | 5/14 | L | | |
| 595. | | | | | Buy (add'l) | 5/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 5/16 | J | | |
| 597. | | | | | Sold | 8/6 | K | A | |
| 598. Cmn Stk, Wyeth - IRA | | None | | | Buy | 7/17 | K | | |
| 599. | | | | | Buy (add'l) | 7/22 | J | | |
| 600. | | | | | Buy (add'l) | 7/24 | J | | |
| 601. | | | | | Buy (add'l) | 9/17 | J | | |
| 602. | | | | | Sold (part) | 11/11 | J | A | |
| 603. | | | | | Sold (part) | 11/12 | J | A | |
| 604. | | | | | Sold | 12/5 | K | A | |
| 605. Cmn Stk, Scripps EW Inc - IRA | | None | | | Buy | 5/14 | K | | |
| 606. | | | | | Buy (add'l) | 5/15 | K | | |
| 607. | | | | | Buy (add'l) | 5/16 | J | | |
| 608. | | | | | Buy (add'l) | 5/29 | J | | |
| 609. | | | | | Buy (add'l) | 6/3 | J | | |
| 610. | | | | | Sold | 7/8 | J | A | |
| 611. Cmn Stk, Cameron International - IRA | | None | | | Buy | 7/29 | J | | |
| 612. | | | | | Sold | 8/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Cmn Stk, Expeditors International - IRA | | None | | | Buy | 5/13 | K | | |
| 614. | | | | | Sold | 5/16 | K | A | |
| 615. Cmn Stk, FMC Technologies - IRA | | None | | | Buy | 5/13 | K | | |
| 616. | | | | | Sold | 5/16 | K | A | |
| 617. Cmn Stk, Schering Plough Corp - IRA | | None | | | Buy | 5/13 | K | | |
| 618. | | | | | Sold | 5/16 | K | A | |
| 619. Cmn Stk, Abb Ltd | | None | | | Buy | 1/3 | J | | |
| 620. | | | | | Buy (add'l) | 1/17 | J | | |
| 621. | | | | | Sold (part) | 3/10 | J | A | |
| 622. | | | | | Buy (add'l) | 5/7 | J | | |
| 623. | | | | | Buy (add'l) | 7/11 | J | | |
| 624. | | | | | Sold (part) | 9/30 | J | A | |
| 625. | | | | | Sold | 10/10 | J | A | |
| 626. Cmn Stk, FMC Technologies | | None | | | Buy | 1/22 | J | | |
| 627. | | | | | Sold (part) | 3/10 | J | B | |
| 628. | | | | | Buy (add'l) | 5/7 | J | | |
| 629. | | | | | Sold (part) | 5/9 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold | 10/6 | J | A | |
| 631. Cmn Stk, Hologic | | None | | | Buy | 1/18 | J | | |
| 632. | | | | | Buy (add'l) | 1/31 | J | | |
| 633. | | | | | Sold (part) | 3/10 | J | A | |
| 634. | | | | | Buy (add'l) | 5/7 | J | | |
| 635. | | | | | Sold (part) | 5/13 | K | A | |
| 636. | | | | | Sold (part) | 8/5 | J | A | |
| 637. | | | | | Sold | 11/12 | J | A | |
| 638. Cmn Stk, Microsoft | | None | | | Buy | 2/8 | J | | |
| 639. | | | | | Sold (part) | 3/10 | J | A | |
| 640. | | | | | Buy (add'l) | 5/7 | J | | |
| 641. | | | | | Sold | 9/18 | J | A | |
| 642. Cmn Stk, Cameron International | | None | | | Buy | 5/12 | J | | |
| 643. | | | | | Buy (add'l) | 6/19 | J | | |
| 644. | | | | | Sold | 9/18 | J | A | |
| 645. Cmn Stk, Halliburton | | None | | | Buy | 7/16 | J | | |
| 646. | | | | | Sold | 9/29 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Cmn Stk, Mastercard | | None | | | Buy | 8/5 | J | | |
| 648. | | | | | Buy (add'l) | 9/18 | J | | |
| 649. | | | | | Sold (part) | 9/29 | J | A | |
| 650. | | | | | Buy (add'l) | 10/30 | J | | |
| 651. | | | | | Sold | 11/12 | J | A | |
| 652. Cmn Stk, Schering Plough | | None | | | Buy | 5/7 | J | | |
| 653. | | | | | Buy (add'l) | 5/14 | J | | |
| 654. | | | | | Buy (add'l) | 7/21 | J | | |
| 655. | | | | | Buy (add'l) | 9/25 | J | | |
| 656. | | | | | Sold (part) | 10/3 | J | A | |
| 657. | | | | | Sold | 10/15 | J | A | |
| 658. Cmn Stk, Amazon | | None | | | Buy | 9/18 | J | | |
| 659. | | | | | Buy (add'l) | 9/19 | J | | |
| 660. | | | | | Buy (add'l) | 10/14 | J | | |
| 661. | | | | | Sold | 11/12 | J | A | |
| 662. Cmn Stk, Covance | | None | | | Buy | 6/5 | J | | |
| 663. | | | | | Buy (add'l) | 6/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H.    • | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold | 11/12 | J | A | |
| 665. Cmn Stk, Intuitive Surgical | | None | | | Buy | 9/30 | J | | |
| 666. | | | | | Buy (add'l) | 10/14 | J | | |
| 667. | | | | | Buy (add'l) | 10/21 | J | | |
| 668. | | | | | Buy (add'l) | 10/29 | J | | |
| 669. | | | | | Sold | 11/12 | J | A | |
| 670. Cmn Stk, Nestle SA | | None | | | Buy | 8/8 | J | | |
| 671. | | | | | Buy (add'l) | 8/22 | J | | |
| 672. | | | | | Buy (add'l) | 10/14 | J | | |
| 673. | | | | | Sold | 11/12 | J | A | |
| 674. Cmn Stk, Northern Trust | | None | | | Buy | 10/13 | J | | |
| 675. | | | | | Buy (add'l) | 10/14 | J | | |
| 676. | | | | | Sold | 11/12 | J | A | |
| 677. Cmn Stk, Novo-Nordisk AS | | None | | | Buy | 9/9 | J | | |
| 678. | | | | | Buy (add'l) | 10/14 | J | | |
| 679. | | | | | Sold | 11/12 | J | A | |
| 680. Cmn Stk, PepsiCo | | None | | | Buy | 10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Buy (add'l) | 10/23 | J | | |
| 682. | | | | | Sold | 11/12 | J | A | |
| 683. Cmn Stk, Qualcomm | | None | | | Buy | 7/24 | J | | |
| 684. | | | | | Buy (add'l) | 7/30 | J | | |
| 685. | | | | | Buy (add'l) | 10/14 | J | | |
| 686. | | | | | Sold | 11/12 | J | A | |
| 687. Cmn Stk, Research In Motion | | None | | | Buy | 9/18 | J | | |
| 688. | | | | | Buy (add'l) | 9/19 | J | | |
| 689. | | | | | Buy (add'l) | 10/14 | J | | |
| 690. | | | | | Sold | 11/12 | J | A | |
| 691. Cmn Stk, Visa Inc | | None | | | Buy | 10/13 | J | | |
| 692. | | | | | Buy (add'l) | 10/14 | J | | |
| 693. | | | | | Sold | 11/12 | J | A | |
| 694. Cmn Stk, Western Union | | None | | | Buy | 7/11 | J | | |
| 695. | | | | | Buy (add'l) | 7/18 | J | | |
| 696. | | | | | Buy (add'l) | 10/14 | J | | |
| 697. | | | | | Sold | 11/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544